EDWARD HEILIG, Respondent, *v.* WILLIAM J. BURNS,
Appellant.

*Heilig* v. *Burns*, 147 App. Div. 917, affirmed.
(Argued April 1, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 22, 1911, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of defendant,
his employer.

*Elisha B. Powell* for appellant.

*D. P. Morehouse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN,
CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.

---

JOSEPH L. GUNHOUSE, Appellant, *v.* MAX FRAENKEL,
Respondent.

*Gunhouse* v. *Fraenkel*, 153 App. Div. 359, affirmed.
(Argued April 3, 1914; decided June 2, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 27, 1912, reversing a judgment in favor of
plaintiff entered upon a verdict and granting a new trial
in an action to recover for personal injuries alleged to
have been sustained by plaintiff through the negligence
of defendant.

*Carl E. Peterson* and *Frederick S. Martyn* for
appellant.

*Jeremiah J. Coughlan* for respondent.